IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHIE BROWN,** | : | |
| Petitioner | : | |
| v. | : | CIVIL NO. 3:18-CV-1624 |
| **WARDEN WHITE,** **LSCI ALLENWOOD** | : | (Judge Caputo) |
| Respondent | : | |

**O R D E R**

**AND NOW**, this **23rd** day of **JULY 2019**, upon consideration of Mr. Brown's petition for writ of habeas corpus (ECF No. 1), and the reasons set forth in the Memorandum issued this date, it is **ORDERED** that:

1. The petition for writ of habeas corpus (ECF No. 1) is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**